IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01767-LTB

MATTFI ABRUSKA,

    Plaintiff,

v.

JOE D. DRIVER, Warden/Admin., Geo. Corr./Hudson Corr. Facility, 3001 N. Juniper Street, Hudson, Colorado 80642,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 30, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 30 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ K. Terasaki
                      Deputy Clerk